Charles C. Renshaw, appellee, v. F. Nunemaker, appellant. Gen. No. 24,629.

Action to recover damages to personal property by escaping steam.

Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed January 28, 1920.

Morton J. Stevenson, for appellant. Defrees, Buckingham & Eaton, for appellee; Don Kenneth Jones, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.